# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELLIOTT BIDNICK,

                  Plaintiff,

vs.

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION PLAN, et al.,

                  Defendants.

Case No. 2:12-cv-01310-APG-PAL

**ORDER**

      This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #12) filed October 29, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than May 17, 2013. There are no dispositive motions pending. On May 16, 2013, the parties filed a Notice of Case Status (Dkt. #16) advising the court that a settlement had been reached and a stipulation to dismiss would be filed upon compliance with all settlement terms. To date, the parties have not filed a stipulation to dismiss. Accordingly,

      **IT IS ORDERED** that

1. Counsel for the parties shall either file the stipulation to dismiss or a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., August 2, 2013**.

**2.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

/ / /

/ / /

/ / /

/ / /

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 19th day of July, 2013.

_____
Peggy A. Leen
United States Magistrate Judge